UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23CR00680 JAR |
| ) | |
| REGINALD HUDSON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Joseph S. Dueker (ECF No. 93). On July 31, 2024, Defendant Hudson filed a Motion to Suppress Evidence (ECF No. 62). Magistrate Judge Dueker recommends the Court deny Defendant's Motion to Suppress Identification.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Joseph S. Dueker, who filed a Report and Recommendation on January 10, 2025 (ECF No. 93). Neither party has filed objections or otherwise responded to the Report and Recommendation. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [93] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence [62] is **DENIED**.

Dated this 27th day of January, 2025.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE